**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-2256**

———————

KATHLENE JULIA TELESFORD, a/k/a Kathlene Julia
Williams,

                                        Petitioner,

        versus

ALBERTO R. GONZALES, Attorney General of the
United States,

                                        Respondent.

———————

On Petition for Review of an Order of the Board of Immigration
Appeals. (A77-561-439)

———————

Submitted: May 31, 2006            Decided: June 21, 2006

———————

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Franklyn N. Burke, Washington, D.C., for Petitioner. Peter D.
Keisler, Assistant Attorney General, M. Jocelyn Lopez Wright,
Assistant Director, Larry P. Cote, UNITED STATES DEPARTMENT OF
JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kathlene Julia Telesford, a native and citizen of Grenada, petitions for review of an order of the Board of Immigration Appeals (Board) adopting and affirming the Immigration Judge's denial of adjustment of status. We have reviewed the record and the Board's order and affirm the denial of relief for the reasons stated by the Board. See In Re: Telesford, No. A77-561-439 (B.I.A. Oct. 12, 2005).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED